# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                        NO. 2023 KW 0352

VERSUS

CHRISTOPHER PERKINS                                       **JULY 5, 2023**

---

In Re:      Christopher Perkins, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 703-176.

---

**BEFORE:    LANIER, HESTER, AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the district court's ruling, the court minutes from the February 16, 2023 hearing, the State's response, if any, the bill of information, the uniform commitment order, and any other portions of the district court's record that might support the claims raised in the writ application. Therefore, this court cannot adequately review the ruling at issue herein. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

**WIL**
**CHH**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT